```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARC HILL

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. CR S-05-0052-MCE
                                 )
12              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING BRIEFING SCHEDULE AND
13      v.                       )  HEARING ON MOTIONS
                                 )
14  ROBERT A. PORTER, JR.,       )
    MARC A. HILL,                )  Date: August 16, 2005
15  ORION S. PORTER,             )  Time: 8:30 a.m.
                                 )  Judge: David F. Levi
16              Defendants.      )
                                 )
17  _____)
```

18      MICHAEL F. EGAN, by and through his counsel, Matthew C. Bockmon,

19  Assistant Federal Defender; ROBERT PORTER, by and through his counsel,

20  Troy L. Ellerman; ORION PORTER, by and through his counsel, Robert M.

21  Holley; and the United States Government, by and through its counsel,

22  Anne Pings, Assistant United States Attorney, hereby stipulate and

23  agree to vacate the previously scheduled briefing schedule and motions

24  hearing date of July 12, 2005 and continue the hearing on motions to

25  August 16, 2005 at 8:30 a.m. with the new schedule as proposed:

26  ///

27  ///

28  ///

|   | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Defendants' motions due | 5/24/05 | 6/21/05 |
| Government's responses due | 6/20/05 | 7/19/05 |
| Defendants' replies due | 6/27/05 | 8/02/05 |
| Hearing on motions | 7/12/05 | 8/16/05 |

IT IS FURTHER STIPULATED that the period from May 24, 2005 through August 16, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: June 1, 2005                    Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARC HILL

/s/ Matthew C. Bockmon for
_____
TROY ELLERMAN
Attorney for Defendant
ROBERT PORTER
per telephonic authorization

/s/ Matthew C. Bockmon for
_____
ROBERT HOLLEY
Attorney for Defendant
ORION S. PORTER
per telephonic authorization

/s/ Matthew C. Bockmon for
_____
ANNE PINGS
Assistant U.S. Attorney
per telephonic authority

///

///

2

UNITED STATES OF AMERICA v. PORTER ET AL

**ORDER**

**IT IS SO ORDERED.**

Dated: May 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3