TROY L. ELLERMAN (161955)
LAW OFFICE OF TROY L. ELLERMAN
901 H STREET, SUITE 503
SACRAMENTO, CA 95814
Telephone: (916) 442-5061

Attorney for
ROBERT PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0052 MCE |
|---|---|---|
| People, | ) | |
| v. | ) | MOTION FOR SUBSTITUTION OF COUNSEL; ORDER |
| ROBERT PORTER, et. al. | ) | |
| Defendants. | ) | |

    Defendant ROBERT PORTER hereby moves this Court for an order substituting John Brennan, 901 H Street, Suite 503, Sacramento, California, 95814; telephone (916) 498-1776 for Troy Ellerman, as petitioner's counsel in this matter. The Mr. Ellerman has determined that it is currently unable to represent Defendant due to the fact he no longer practices law in California. Mr. Brennan has agreed to take over this matter in Mr. Ellerman's place. A copy of the court's file in this case will be forwarded to John Brennan.

                                                       Respectfully submitted,

Dated: September 2, 2005                /s/ Troy Ellerman
                                                 TROY ELLERMAN
                                                 Attorney for Defendant
                                                 ROBERT PORTER

///

///

Dated: September 2, 2005                /s/ John Brennan
                                        JOHN BRENNAN
                                        Attorney for Defendant
                                        ROBERT PORTER

Dated: September 2, 2005                /s/ Robert Porter
                                        ROBERT PORTER
                                        Defendant

********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that John Brennan shall be substituted in as counsel for Defendant in place of Troy Ellerman.  All files shall be delivered to John Brennan not later than ten (10) days from the date of this order.

Dated:  September 15, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE