1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for Robert A. Porter,
5  Defendant

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  No.  2:05-cr-0052-MCE
                                 )
12              Plaintiff,       )  **STIPULATION AND ORDER CONTINUING**
                                 )  **MOTION BRIEFING SCHEDULE AND**
13       v.                      )  **HEARING ON MOTIONS**
                                 )
14 ROBERT A. PORTER, MARC A. HILL, )
   and ORION S. PORTER,          )
15                               )
                Defendants.      )
16                               )
   _____
17

18      The parties in the within matter, by and through their respective
19 counsel, hereby stipulate and agree that the schedule for pretrial
20 motions and the hearing date on the motions will be continued for one
21 month, as follows:  defense pretrial motions shall be filed by April
22 25, 2006, Government's opposition due filed by May 9, 2006, defense
23 reply due filed by May 16, 2006, and a non-evidentiary hearing on the
24 motions set for May 23, 2006, at 8:30 a.m.  The parties acknowledge
25 that depending on the number of motions filed, the Court reserves the
26 right to move the time for hearing on the motions to a later date.
27      The purpose of this continuance is to allow the Government
28 sufficient time to obtain, and the defense to review, the results of

                                 -1-

fingerprint analysis of certain items of evidence, which results will affect the facts and import of the pretrial motions.  The parties further stipulate and agree to continue exclusion of time from date of last status conference on February 28, 2006, through date of filing defense motions on April 25, 2006, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

Dated:  March 14, 2006          /s/ CANDACE A. FRY
                                CANDACE A. FRY, Attorney for
                                ROBERT A. PORTER, Defendant

Dated:  March 14, 2006          McGREGOR W. SCOTT
                                United States Attorney

                             By /s/ CANDACE A. FRY   for
                                ANNE PINGS,
                                Assistant U.S. Attorney

Dated:  March 14, 2006          /s/ CANDACE A. FRY   for
                                ROBERT M. HOLLEY, Attorney for
                                ORION S. PORTER, Defendant

Dated:  March 14, 2006          /s/ CANDACE A. FRY   for
                                SCOTT L. TEDMON, Attorney for
                                MARC A. HILL, Defendant

                                (Signed for Ms. Pings, Mr. Holley
                                 and Mr. Tedmon with their prior
                                 authorization)

**O R D E R**

   IT IS SO ORDERED.

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE