McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT A. PORTER, Jr., MARC A. HILL, and ORION S. PORTER, <br> Defendants. | NO. 2:05-cr-0052-MCE <br><br> STIPULATION AND ORDER CONTINUING MOTIONS SCHEDULE <br><br> Date: June 6, 2006 <br> Time: 1:30 p.m. <br> Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed, by and between the defendants, by and through their counsel, and the United States, through its counsel, Assistant United States Attorney, to vacate the motions hearing date of May 30, 2006, and to set a new motions hearing date of June 6, 2006, at 1:30 p.m. This specially-set hearing time was approved by the Court's deputy clerk.

The government is in the process of preparing its oppositions to the motions but has found that additional factual investigation is necessary to complete the responses.

///

-1-

The parties have agreed to the following schedule:

|  | Current Date | New Date |
|---|---|---|
| Gov't oppositions due: | 5/16/06 | 5/23/06 |
| Def's replies due | 5/23/06 | 5/30/06 |
| Motions Hearing | 5/30/06 | 6/06/06 at 1:30 p.m. |

Time would be excluded under the Speedy Trial Act for the pendency of motions.

All counsel have agreed to the proposed schedule and the courtroom deputy has indicated that the Court is available. All counsel have granted permission for the undersigned to sign on their behalf.

DATED: May 16, 2006                 Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Anne Pings
                                    Assistant U.S. Attorney

                                    /s/ Candace A. Fry
                                    Counsel for Robert Porter
                                    Signed with permission

                                    /s/ Scott L. Tedmon
                                    Counsel for Marc Hill
                                    Signed with permission

                                    /s/ Robert Holley
                                    Counsel for Orion Porter
                                    Signed with permission

**IT IS SO ORDERED**.

Dated: May 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-